UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3705 CAS (CTx) | Date | March 5, 2009 |
|---|---|---|---|
| Title | RAMON URBINA, SR.; ET AL. v. THE GOODYEAR TIRE & RUBBER COMPANY; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers): PLAINTIFFS' EX-PARTE APPLICATION TO CONTINUE (1) EXPERT REPORT EXCHANGE DATES; (2) DISCOVERY MOTION CUT-OFF DATE; (3) EXPERT DISCOVERY CUT-OFF DATE; (4) PRE-TRIAL CONFERENCE; AND (5) TRIAL** (filed 3/2/09)

On March 2, 2009, plaintiffs Ramon Urbina, Sr.; Ramon Urbina, Jr.; Esperanza Gonzalez; Violet Martinez; Santiago Gonzalez; and Veronica Gonzalez filed the instant ex parte application to continue (1) the expert report exchange date; (2) the discovery motion cut-off date; (3) the expert discovery cut-off date; (4) the pre-trial conference; and (5) trial. On March 3, 2009, defendant The Goodyear Tire & Rubber Company filed an opposition.

Given the Court's February 23, 2009 ruling requiring defendant The Goodyear Tire & Rubber Company to produce certain documents and information by March 25, 2009, the Court concludes that the following dates should be continued as follows: (1) the expert report exchange date shall be continued to April 6, 2009; (2) the discovery motion cut-off date shall be continued to April 6, 2009; (3) the expert discovery cut-off date shall be continued to June 1, 2009; (4) the pre-trial conference shall be continued to June 15, 2009; and (5) the trial date shall be continued to July 7, 2009.

IT IS SO ORDERED.

00 : 00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3705 CAS (CTx) | Date | March 5, 2009 |
|---|---|---|---|
| Title | RAMON URBINA, SR.; ET AL. v. THE GOODYEAR TIRE & RUBBER COMPANY; ET AL. | | |

Initials of Preparer      CMJ