UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3705 CAS (CTx) | Date | May 4, 2009 |
|---|---|---|---|
| Title | RAMON URBINA, SR.; ET AL. v. THE GOODYEAR TIRE & RUBBER COMPANY; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers): DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S EX-PARTE APPLICATION TO COMPEL DEPOSITION OF PLAINTIFFS' EXPERTS OR, IN THE ALTERNATIVE, FOR AN ORDER EXPEDITING THE HEARING** (filed 4/24/09)

On April 24, 2009, defendant the Goodyear Tire & Rubber Company filed the instant ex-parte application to compel depositions or, in the alternative, to expedite the hearing on its motion to compel the deposition of plaintiffs' experts. On April 28, 2009, plaintiffs filed their opposition.

The Court hereby DENIES defendant's ex-parte application and refers this matter to the magistrate judge. Following the magistrate judge's ruling, the Court will consider a duly noticed motion for review and reconsideration.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |