UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 07-3705 CAS (CTx) | Date | May 4, 2009 |
|---|---|---|---|
| Title | RAMON URBINA, SR.; ET AL. v. THE GOODYEAR TIRE & RUBBER COMPANY; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers): PLAINTIFFS' EX-PARTE APPLICATION TO CONTINUE MOTION CUT-OFF DATE TO FILE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** (filed 4/24/09)

On April 24, 2009, plaintiffs filed the instant ex-parte application to continue the discovery motion cut-off date from April 6, 2009, to May 11, 2009, to allow plaintiffs to file a second amended complaint ("SAC") adding a claim for punitive damages. On April 28, 2009, defendant Goodyear Tire & Rubber Company filed an opposition.

The Court hereby DENIES plaintiffs' ex-parte application to continue the motion cut-off date because that date is the dispositive motion cut-off, and does not apply to motions to add claims.[1] Plaintiffs contend that evidence disclosed to them on March 26, 2009, provides support for a claim for punitive damages. Defendant responds that an ex-parte application is unnecessary because plaintiffs can request to add a claim for punitive damages at any time. While defendant is technically correct, the Court would prefer to have the parties know in advance of trial what issued will be tried. Therefore, the Court concludes that the SAC should be filed.[2]

IT IS SO ORDERED.

---

[1] The deadline for request for leave to file amended pleadings or to add parties was October 5, 2007.

[2] In accordance with Cal. Civ. Code § 3294, the Court shall bifurcate the punitive damages phase of the trial.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3705 CAS (CTx) | Date | May 4, 2009 |
|---|---|---|---|
| Title | RAMON URBINA, SR.; ET AL. v. THE GOODYEAR TIRE & RUBBER COMPANY; ET AL. | | |

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |