UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 07-3705 CAS (CTx) | Date | May 4, 2009 |
|---|---|---|---|
| Title | RAMON URBINA, SR.; ET AL. v. THE GOODYEAR TIRE & RUBBER COMPANY; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers): DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S EX-PARTE APPLICATION FOR AN ORDER STRIKING PLAINTIFFS' AMENDED DISCLOSURE OF EXPERT WITNESSES OR, IN THE ALTERNATIVE FOR AN ORDER EXPEDITING HEARING** (filed 4/24/09)

On April 24, 2009, defendant the Goodyear Tire & Rubber Company filed the instant ex-parte application for an order striking plaintiff's amended disclosure of expert Alan Kasner or, in the alternative, for an order expediting the hearing on defendant's motion to compel the deposition of plaintiffs' experts. On April 28, 2009, plaintiffs filed their opposition.

The Court hereby DENIES defendant's ex-parte application to strike the disclosure of plaintiff's expert Alan Kasner. Defendant argues that plaintiffs served an amended disclosure on April 14, 2009, adding Kasner to its list of experts, which was well after the April 6, 2009 deadline for expert disclosures. Plaintiffs contend that this belated disclosure was the result of defendant's belated disclosure of 1200 pages on March 27, 2009, which indicated that the halobutyl content of tires manufactured in Chile was lower than comparable tires manufactured elsewhere. The Court concludes that defendant's belated disclosures warrant the addition of Kasner, who is a chemist and expert in halobutyl. The Court further concludes that the one week delay is not sufficiently prejudicial to defendant to warrant striking Kasner as an expert.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3705 CAS (CTx) | Date | May 4, 2009 |
|---|---|---|---|
| Title | RAMON URBINA, SR.; ET AL. v. THE GOODYEAR TIRE & RUBBER COMPANY; ET AL. | | |

|  |  |
|---|---|
|  | 00 : 00 |
| Initials of Preparer | CMJ |